FISHER PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
MARIAN L. MASSEY, ESQ.
Nevada Bar No. 14579
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
lmcclane@fisherphillips.com
mmassey@fisherphillips.com

Raquel Ramirez Jefferson
Florida Bar No. 103758
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5315
Telephone:     813-472-7550
Facsimile:     813-472-7570
Email: raquel.jefferson@phelps.com
*Admitted Pro Hac Vice*

Attorneys for Defendant PODS ENTERPRISES, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER SAULN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PODS ENTERPRISES, LLC, a Foreign Limited Liability Company,<br><br>Defendant. | Case Number<br>2:22-cv-00497-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' counsel of record, that discovery deadlines in the Discovery Plan and Scheduling Order (ECF No. 16) be extended an additional sixty days (60) days. The parties request additional time to permit the parties sufficient time to adequately complete discovery and explore possible resolution of the claims.

The parties request the following deadlines be modified:

| Description of Discovery Deadline | Current Discovery Deadline | Proposed Discovery Deadline |
|---|---|---|
| Discovery Cut Off | October 11, 2022 | December 12, 2022[1] |
| Dispositive Motion(s) | November 10, 2022 | January 9, 2023 |
| Joint Pretrial Order[2] | December 10, 2022 | February 8, 2023 |

The parties provide the following information to the Court regarding the proposed extension of the discovery deadline.

### *Discovery Completed To Date*

The parties have exchanged their initial disclosures, and are working to complete initial written discovery.

### *Remaining Discovery To Be Completed*

Defendant intends to conduct Plaintiff's deposition.  Depositions may also be conducted of any current or former employees identified by Plaintiff, as well as additional and related written discovery.

### *Reasons Discovery Could Not Be Completed Within The Existing Deadline*

The parties continue to make progress in this matter while exploring possible resolution.  The parties intend to coordinate depositions, written discovery, and document production to fully evaluate the claims and defenses presented.  This extension will allow the parties to conduct depositions prior to the close of the discovery period.

///

///

///

///

---

[1] The sixtieth day after October 11, 2022 is Saturday, December 10, 2022.

[2] If dispositive motions are filed, the Joint Pretrial Order will be due thirty (30) days after the Court enters its decision on any dispositive motion(s).

This is the parties' first request for an extension of the discovery deadline date and is not made to delay this matter. Based upon the foregoing, the parties believe there is good cause for the requested extension.

DATED this 20th day of July, 2022.

| PHELPS DUNBAR LLP | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| /s/ Marian L. Massey<br>Lisa A. Mcclane, Esq.<br>Nevada Bar No. 10139<br>Marian L. Massey, Esq.<br>Nevada Bar No. 14579<br>300 South Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>and<br><br>Raquel Ramirez Jefferson, Esq.<br>Florida Bar No. 103758<br>PHELPS DUNBAR LLP<br>100 South Ashley Drive, Suite 2000<br>Tampa, Florida 33602<br><br>*Attorneys for Defendant*<br>*PODS Enterprises, LLC* | /s/ Trevor J. Hatfield<br>Trevor J. Hatfield, Esq.<br>Nevada Bar No. 7373<br>HATFIELD & ASSOCIATES, LTD.<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 21, 2022