TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROGER SAULN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PODS ENTERPRISES, LLC, a Foreign Limited Liability Company,<br><br>Defendants. | CASE NO: 2:22-cv-00497-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

COMES NOW, Plaintiff Roger Sauln ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., and Defendant Pods Enterprises, LLC, (hereinafter "Defendant") by and through their counsel, the law firm of Phelps Dunbar LLP, and hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendants' Motions for Summary Judgment, due on February 13, 2023, to February 28, 2023. This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Motions for Summary Judgment [ECF #21].

Good cause exists for this extension. Plaintiff resides in Carson City, NV. Because of this Plaintiff's Counsel requires additional time in order to formulate a response to Defendant's Motion for Summary Judgment.

Defendant has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including February 28, 2023, to respond to Defendants' Motions for Summary Judgment [ECF #21].

DATED this 9th day of February, 2023         DATED this 9th day of February, 2023

**HATFIELD & ASSOCIATES**                    **PHELPS DUNBAR LLP**

   */s/ Trevor J. Hatfield*                              */s/ Raquel Jefferson*
By:_____         By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)         RAQUEL RAMIREZ JEFFERSON
   703 S. Eighth Street                                  (SBN 103758)
   Las Vegas, Nevada 89101                           100 South Ashley Drive, Suite 2000
   Tel: (702) 388-4469                                   Tampa, FL 33602
   Email: thatfield@hatfieldlawassociates.com    Tel: (813) 472-7750
   *Attorney for Plaintiff*                               Email: raquel.jefferson@phelps.com
                                                               *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: February 10, 2023