FISHER PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Email: lmcclane@fisherphillips.com

Raquel Ramirez Jefferson
Florida Bar No. 103758
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5315
Telephone:    813-472-7550
Facsimile:    813-472-7570
Email: raquel.jefferson@phelps.com

Attorneys for Defendant PODS ENTERPRISES, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER SAULN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PODS ENTERPRISES, LLC, a Foreign Limited Liability Company,<br><br>　　　　Defendant. | Case Number<br>2:22-cv-00497-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

COMES NOW, Defendant PODS Enterprises, LLC ("Defendant"), and Plaintiff Roger Sauln, ("Plaintiff") by and through their undersigned counsel, hereby stipulate and agree to extend the time for Defendant to file a reply in support of Defendant's Motion for Summary Judgment [ECF #21], from March 14, 2023, to March 28, 2023.

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT
TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT     CASE NO.  2:22-cv-00497-JCM-DJA

PD.41367481.1

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' first request for an extension of time. Plaintiff filed his Response to Defendant's Motion for Summary Judgment on February 28, 2023 [ECF #27].

Good cause exists for the requested extension.  Defendant requires additional time to assess Plaintiff's response and supporting declaration and prepare its reply.

Plaintiff agrees to the extension of time for Defendant to file its reply.  Accordingly, Defendant shall have up to and including March 28, 2023, to file a reply in support of its Motion for Summary Judgment [ECF #21].

Dated this 8th day of March, 2023.

| | |
|---|---|
| PHELPS DUNBAR LLP | HATFIELD & ASSOCIATES, LTD. |
| *s/ Raquel Ramirez Jefferson* | *s/ Trevor J. Hatfield* |
| Raquel Ramirez Jefferson, Esq. | Trevor J. Hatfield, Esq. |
| Florida Bar No. 103758 | SBN 7373 |
| PHELPS DUNBAR LLP | HATFIELD & ASSOCIATES, LTD. |
| 100 South Ashley Drive, Suite 2000 | 703 South Eighth Street |
| Tampa, Florida 33602 | Las Vegas, Nevada 89101 |
| and | *Attorney for Plaintiff* |
| Lisa A. Mcclane, Esq. | |
| SBN 10139 | |
| FISHER PHILLIPS LLP | |
| 300 South Fourth Street, Suite 1500 | |
| Las Vegas, Nevada 89101 | |
| *Attorneys for Defendant* | |
| *PODS Enterprises, LLC* | |

**ORDER**

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE

Dated: March 10, 2023