UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Roger Sauln, | Case No. 2:22-cv-00497-JCM-DJA |
| Plaintiff, | |
| v. | Order |
| PODS Enterprises, LLC, | |
| Defendant. | |

Plaintiff's counsel—Trevor Hatfield, Esq. of the law firm Hatfield & Associates, Ltd.—has moved to withdraw his representation of Plaintiff Roger Sauln, explaining that counsel believes he has a conflict with Plaintiff regarding attorneys' fees.  (ECF No. 32).  Currently, discovery is closed in this action and Defendant's summary judgment motion has been fully briefed.  Plaintiff has not responded to the motion to withdraw.

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel."  LR IA 11-6(b).  Under Local Rule 7-2(d) the failure of a party to oppose a motion constitutes that party's consent to the granting of the motion.  The Court finds that Plaintiff's counsel has met the requirements of LR IA 11-6(b).  The Court further finds that, given the procedural posture of the case, the withdrawal will not result in a delay of the proceedings.  Plaintiff has also not responded, constituting his consent to the granting of the motion.

**IT IS THEREFORE ORDERED** that Trevor Hatfield, Esq.'s motion to withdraw (ECF No. 32) is **granted**.  The Clerk of Court is kindly directed to remove Trevor Hatfield, Esq. as counsel of record and from the electronic service list for this case.

1   **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address and email address of Plaintiff to the civil docket and send a copy of this Order to Plaintiff's last known address:

Roger Sauln

1263 Ginger Lane

Carson City, NV  89701

rk52095@yahoo.com

**IT IS FURTHER ORDERED** that on or before **September 27, 2023**, Plaintiff must file a status report with the Court indicating whether he will proceed in this action *pro se* or will retain counsel.  Alternatively, if Plaintiff obtains new counsel before September 27, 2023, Plaintiff's new counsel may file a notice of appearance in this case on or before **September 27, 2023** in lieu of a status report.  **Failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.**

DATED: August 28, 2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE