AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Roger Sauln

                Plaintiff,

v.

PODS Enterprises, LLC

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00497-JCM-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Defendant, PODS Enterprises LLC, and against Plaintiff, Roger Saulin. IT IS HEREBY ORDERED, ADJUDGED, and DECREED that PODS's motion for summary judgment is GRANTED. Case closed.

09/05/2023
Date

DEBRA K. KEMPI
Clerk

/s/ A. Zamora
Deputy Clerk